**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PLUSH LOUNGE LAS VEGAS, LLC, | ) | |
| | ) | 2:07-cv-01408-RCJ-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HOTSPUR RESORTS NEVADA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court for consideration is the Report of Findings and Recommendation from Magistrate Judge Peggy A. Leen, entered March 27, 2009 (#19). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation of the United States Magistrate Judge entered March 27, 2009, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#19) be affirmed and adopted and that this action shall be **DISMISSED.**

DATED: April 20, 2009

_____
UNITED STATES DISTRICT COURT